

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-90-00064-CV

_____

DAN BOYLES, JR., Appellant

V.

SUSAN LEIGH KERR, Appellee

On Appeal from the 269th District Court
Harris County, Texas
Trial Court No. 86-29876

Before Morriss, C.J., Moseley and Burgess, JJ.

## O R D E R

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "Plaintiff's Exhibits 1 and 22; and Defendant's Exhibit 13" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the Harris County District Clerk's Office. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the Harris County District Clerk by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order the Harris County District Clerk, Chris Daniel, on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date: January 23, 2015

RECEIPT FOR ORIGINAL EXHIBITS

I, Chris Daniel, Harris County District Clerk, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Appellate District, Texarkana, Texas, in the case of *Dan Boyles, Jr. v. Susan Leigh Kerr*, appellate cause number 06-90-00064-CV, trial court cause number 86-29876: original documents marked "Plaintiff's Exhibits 1 and 22; and Defendant's Exhibit 13."

_____
Chris Daniel
Harris County District Clerk


Date: _____

3